UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: | &#124; |
| PEDROSA, ESTEBAN RAMON | &#124; |
| PEDROSA, MARTA | &#124;   CASE NO. 06-60055 |
| Debtor(s) | &#124;   Chapter 7 |

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

Comes now Gordon E. Gouveia, Trustee, and respectfully shows the Court as follows:

1. That on 9/13/11, the Trustee filed his Final Report.

2. That on 10/5/11, the Trustee disbursed funds, pursuant to the Distribution Summary filed with the Final Report.

3. Two checks, namely Check No 114 and Check No. 124, dated 10/5/11, in the amount of $192.25 and $47.65 respectfully, was mailed to the payee thereof, namely Quest Diagnostics, P. O. Box 64804, Baltimore, MD 21264-4804; said checks were returned and marked "Refused-Return to Sender:"; pursuant to §347 of the Bankruptcy Code all unclaimed monies should be made payable to the Court; and accordingly I am tendering herewith my Check No.126 in total amount of $239.90 payable to the Clerk, U.S. Bankruptcy Court.

**WHEREFORE,** the Trustee, Gordon E. Gouveia, prays this Court for authorization to deposit the sum of $239.60 into the Treasury Fund 6047BK, on behalf of said creditor and for all other just and proper relief.

/s/ Gordon E. Gouveia
GORDON E. GOUVEIA
GOUVEIA & ASSOCIATES
433 W. 84TH DRIVE
MERRILLVILLE, IN 46410
Telephone: (219)736-6020

## CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
David Dabertin, 5246 Hohman Avenue, Suite 302, Hammond, IN 46320
Quest Diagnostics, P. O. Box 64804, Baltimore, MD 21264-4804

Dated: 10/24/11

/s/Gordon E. Gouveia
Gordon E. Gouveia, Trustee