UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
PEDROSA, ESTEBAN RAMON
PEDROSA, MARTA                                    CASE NO. 06-60055
        Debtor(s)                                  Chapter 7

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

Comes now Gordon E. Gouveia, Trustee, and respectfully shows the Court as follows:

1. That on 9/13/11, the Trustee filed his Final Report.

2. That on 10/5/11, the Trustee disbursed funds, pursuant to the Distribution Summary filed with the Final Report.

3. One of said checks, namely Check No108 and Check No 117, dated 10/5/11, in the amount of $211.60 and $52.44 respectfully was mailed to the payee thereof, namely SAMC-DBA-FPN, 3N Court PMB 355, Crown Point, IN 46307; said checks have been returned by the US Post Office stating "not deliverable as addressed: pursuant to §347 of the Bankruptcy Code all unclaimed monies should be made payable to the Court; and accordingly I am tendering herewith my Check No.127 in said amount payable to the Clerk, U.S. Bankruptcy Court.

**WHEREFORE,** the Trustee, Gordon E. Gouveia, prays this Court for authorization to deposit the sum of $264.04 into the Treasury Fund 6047BK, on behalf of said creditor/debtor(s) and for all other just and proper relief.

/s/ Gordon E. Gouveia
GORDON E. GOUVEIA
GOUVEIA & ASSOCIATES
433 W. 84TH DRIVE
MERRILLVILLE, IN 46410
Telephone: (219)736-6020

## CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
David Dabertin, 5246 Hohman Avenue, Suite 302, Hammond, IN 46320
SAMC-DBA-FPN, 3N Court PMB 355, Crown Point, IN 46307

Dated: 10/25/11                              /s/Gordon E. Gouveia
                                                          Gordon E. Gouveia, Trustee